UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TK BULKHANDLING GMBH, on its own behalf,
and as assignee,

        Plaintiff,

      -against-

İÇDAŞ ÇELİK ENERJI TERSANE VE ULAŞIM
SANAYI A.Ş.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/09

09.CV 1887 (BSJ)

**RELEASE AND
DISMISSAL ORDER**

    **The Court**, having been notified by counsel for TK Bulkhandling GmbH ("TK Bulkhandling") that TK Bulkhandling and Defendant İÇDAŞ Çelik Enerji Tersane ve Ulaşim Sanayi A.Ş. ("ICDAS") have reached an Agreement with respect to their underlying maritime dispute and this Supplemental Rule B action and that under said Agreement the entire sum of $288,505 (the "Attached Funds"), presently under attachment pursuant to the Court's Order of Maritime Attachment and Garnishment, in the possession of garnishee American Express Bank, are to be released to ICDAS per the wire instructions below;

    **IT IS HEREBY ORDERED** that the Attached Funds are be released and transferred to the following account of ICDAS:

| | |
|---|---|
| Account Holder: | İÇDAŞ Çelik Enerji Tersane Ve Ulaşim San. A.Ş. |
| Bank: | HSBC |
| Account Number: | 1000763-773 |
| Branch Code: | 0888 |
| IBAN: | TR210012300888100076377301 |
| SWIFT: | HBCTRIX |

1

IT IS **FURTHER ORDERED** that the Attached Funds shall not be subject to any attachment in New York or otherwise when being released by American Express Bank pursuant to this Order.

IT IS **FURTHER ORDERED** that this action is discontinued without prejudice and without costs subject to being reopened within 30 days if any issues arise concerning the receipt of the Attached Funds.

**SO ORDERED:**

_____
Hon. Barbara S. Jones
11 - 9 - 09

# 895686H_v1

2